**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

Luis Niño ,)

Plaintiff,

vs.

Indiana - American Water Co. )

Defendant.

Cause No.

**1:13-cv-0761 WTL-TAB**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2013 MAY -9 PM 3:00
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant Indiana -American Water Company for discrimination as set forth below.

Plaintiff ✓ DOES ____ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name, Address, and Phone Number:

Luis Niño
765-633-3358 cell/a 765-633-3359
P.O. Box 442
Bunker Hill, IN 46914

Defendant's Name and Address:

Indiana - American Water Co
765-457-5563
1700 East Superior Street
Kokomo, IN 46901

### II. JURISDICTION

1. This complaint is brought pursuant to:

____ ✓ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

____ ✓ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

1. MICHAEL KRISE
6739 N STATE ROAD 19
KOKOMO, IN 46902

2. DAWN BECK (COOK)
5697 N OO EW
KOKOMO IN 46901

3. JOSHUA COX
1269 VALDOSTA PL
WESTFIELD, IN 46074

4. MIKE WARD
3002 WILLIAMS COURT
KOKOMO, IN 46902

5. MIKE HOPKINS
411 MORNINGSIDE DRIVE
KOKOMO, IN 46901

6. DAN RICHARDSON
506 DRAKE ROAD
GALVESTON, IN 46932

7. PAM FIVECOATE
727 E 600 N
KOKOMO, IN 46901

8. PETER NEUZERLING
4615 S 400 W
PERU IN 46970

All CO-WORKERS TO BE SERVED AT THE WORK PLACE of 1700 EAST SUPERIOR ST KOKOMO, IN 46901

\_\_\_\_ ✓ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

\_\_\_\_\_ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

\_\_\_\_ ✓ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

\_\_\_\_\_ Other (list): _____

2.      Plaintiff ✓ DID \_\_\_\_ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3.      Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about MARCH/20/2013 (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because: I WAS A UNION officiAL LOOKiNG iNTO THE FACTS THAT 3 oR MoRE CoMpANY officALs oBTAiNED THEiR WATER STATE LiCENSE iLLEGALLY. I WAS HARASSED AND RETALiATED AGAINST By BoTH Co- WoRKERS AND INDiANA AMERiCAN WATER MANAGEMENT. I iNFORMED THE CoMPANY (INDiANA AMERiCAN THAT I HAD JUST BEEN TOLD By THE VA THAT I HAD A.D.D. AND P.S.T.D. DURiNG THiS TiME FRAME. I HAVE BEEN DENiED My CiViL RiGHTS AND THE RiGHT To DUE pRoCESS.

### IV. FACTS IN SUPPORT OF COMPLAINT

I WAS TERMINATED BECAUSE AMERiCAN- INDIANA- WATER Co STATES THAT I VoiLATED A CoMPANY pRoCESS. I DiD NoT TAKE My TWo UNION BREAKS GRANTED UNDER THE CoMPANY/UNiON CoNTRACT. I ALSO WoRKED oVERTiME foR oVER 20 MiNUTES AND I WAS NoT PAiD. THiS ALL HAPPENED ABoUT 3 WEEKS AFTER I FiLED A N.L.R.B. CHARGE AND WENT To I.DE.M. To iNQUIRE ABoUT THE iLLEGAL WATER LiCENCES.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

TO RETURN TO WORK AND All BACK PAY,
LOST PAY, OVER-TIME PAY AND ANY AND All
MONIES LOST DURING THIS TERMINATION.
All RIGHTS AND SENIORITY BE RESTORED,
TO BE MADE WHOLE.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this ____09____ day of ____MAY____, 20_13_

MAY/09/2013

_Luis Javier Nino_

(Signature of Plaintiff)